UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA STECCA,

                    Plaintiff,

          v.                                              C19-942 TSZ

FRED MEYER STORES INC,                                    MINUTE ORDER

                    Defendant.

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The Court hereby WITHDRAWS the reference of all pretrial matters to Magistrate Judge David W. Christel.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of July, 2019.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1